UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CONNIE CHAMBERS, )<br>)<br>*Plaintiff*, )<br>)<br>vs. )<br>)<br>THE CENTERS FOR MEDICARE AND MEDICAID )<br>SERVICES, OPTUMINSIGHT, INC., and UNITED )<br>HEALTHCARE INSURANCE COMPANY, )<br>)<br>*Defendants.* ) | 2:23-cv-00232-JMS-MG |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Date: 10/5/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**